No. 8624.

### WEST ET AL. *v.* TODHUNTER ET AL.

From the Howard Circuit Court.

*J. C. Blacklidge, W. E. Blacklidge* and *N. R. Linsday*, for appellants.
*M. Bell* and *M. McDowell*, for appellees.

WOODS, J.—The appellants sued the appellees for obstructing a highway. Trial by the court; finding for the defendants. Motion for a new trial, on the ground that the finding is not sustained by sufficient evidence, and is contrary to law, overruled; exception and judgment. There are six hundred and ninety pages of the transcript, of which all but twelve are given to the long-hand report of the evidence. Rule 19 has not been complied with, and the appeal might be dismissed for the want of marginal notes on the transcript.

The bill of exceptions purports to contain all the evidence, but it is manifest that certain parts of the evidence have been omitted. For this reason alone the judgment would have to be affirmed. *Fouty* v. *Morrison*, 73 Ind. 333; *Powers* v. *Evans*, 72 Ind. 23.

The appellants' counsel, in their brief, say: "The only contested question is, Was the obstructed track a highway? * * * It is maintained that the evidence, in a decided preponderance, establishes the obstructed track, at the time of obstruction, a highway, both by express dedication by the owners of the soil and long usage by the public. On the weight and preponderance of the evidence sustaining this proposition, we ask a reversal of this cause."

It has been often decided that this court will not consider or attempt to determine the weight and preponderance of evidence.

The judgment is affirmed, with costs.

---

No. 8242.

### McKIBBEN *v.* MORIARITY.

From the Marion Superior Court.

*R. D. Logan*, for appellant.
*N. B. Taylor, F. Rand* and *E. Taylor*, for appellee.

NEWCOMB, C.—The appellant appeals from a judgment of affirmance at the general term of a judgment rendered at a special term of the superior court. The assignment of errors does not call in question the judgment of the general term, but the rulings at special term only. Such an assignment presents no question for the determination of this court. Buskirk Prac., p. 131, and cases there cited; *Kirland* v. *Stumph*, 73 Ind. 514. The judgment below should be affirmed.

PER CURIAM.—It is therefore ordered, upon the foregoing opinion, that the judgment below be, and it is hereby, in all things affirmed, at the costs of the appellant.

Opinion filed at May term, 1881.
Petition for a rehearing overruled at November term, 1881.